UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRATELLI COSULICH BUNKERS (HK) LTD.,

                Plaintiff,

- against -

FAIR WIND SHIPPING CO. LTD.,

                Defendant.
------------------------------------------------------------X

07 CV _____
ECF CASE



## VERIFIED COMPLAINT

Plaintiff, FRATELLI COSULICH BUNKERS (HK) LTD., (hereafter referred to as "Plaintiff"), by and through its attorneys, Tisdale & Lennon, LLC, as and for its Verified Complaint against the Defendant, FAIR WIND SHIPPING CO. LTD., (hereafter referred to as "Defendant"), alleges, upon information and belief, as follows:

1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

2.    At all times material to this action, Plaintiff was, and still is, a foreign company duly organized and operating under the laws of China.

3.    Upon information and belief, Defendant was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law with a principal place of business at 15/F, Seaview Commercial Building, 21-24 Connaught Road West, Hong Kong.

4.    Plaintiff was at all material times a seller of bunker fuels, *e.g.*, marine fuel oils, who sold fuel to Defendant pursuant to Plaintiff's standard sales contracts.

5.   Defendant instructed Plaintiff to deliver bunker fuel to several vessels. Plaintiff performed its obligations under the contracts.

6.   Despite due demand, Defendant has failed to pay several of Plaintiff's invoices that are enumerated on the attached Exhibit 1.

7.   The principal amount due to Plaintiff on the above invoices is $1,511,572.66 and the contractual interest on these unpaid invoices is $27,928.34.

8.   Additionally, Plaintiff is currently owed by Defendant $134,075.74 for other past due invoices, ones that Defendant eventually paid, but for which Defendant failed to pay accrued interest as provided for by the parties contract.

9.   Specifically, despite due demand, Defendant has also failed to pay interest, as provided by the parties' contracts, for Plaintiff's invoices that are enumerated on the attached Exhibit 2.

10.   As a result of Defendant's breach of the contracts, Plaintiff has sustained damages in the total principal amount of $1,673,576.60 exclusive of prejudgment interest, litigation costs and attorneys' fees.

11.   Pursuant to the contracts, all disputes arising thereunder are to be submitted to the Jurisdiction of the Hong Kong Courts with the law of the territory of Hong Kong to apply.

12.   The Plaintiff will soon commence an action for damages against Defendant in Hong Kong.

13.   Interest, costs and attorneys' fees are routinely awarded to the prevailing party by the Hong Kong courts. Plaintiff expects to recover the following amounts:

| | | |
|---|---|---|
| A. | Principal Claim: | $1,673,576.60 |
| B. | Estimated Interest calculated at the rate of 6.5% for three years: | $326,347.41 |

      C.     Estimated Attorneys' Fees and costs of the litigation:    $150,000.00

**Total**    $2,149,924.00

14. The Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of garnishees including, but not limited to, ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, Nanyang Commercial Bank and/or Wachovia Bank N.A., which are believed to be due and owing to the Defendant.

15. The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching, *inter alia*, any assets of the Defendant held by the aforesaid garnishee for the purpose of obtaining personal jurisdiction over the Defendant and to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A. That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint;

B. That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies,

tangible or intangible, or any other funds held by any garnishee, including, but not limited to, ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, Nanyang Commercial Bank and/or Wachovia Bank N.A., which are due and owing to the Defendants, in the amount of **$2,149,924.00** calculated to date to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C. An Order recognizing and confirming any final Hong Kong judgment award in Plaintiff's favor;

D. That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and

E. That the Plaintiff has such other, further and different relief as the Court may deem just and proper.

Dated: New York, New York
       February 12, 2007

The Plaintiff,
FRATELLI COSULICH BUNKERS (HK) LTD.,

By: _____
Charles E. Murphy (CM 2125)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
cmurphy@tisdale-lennon.com

## ATTORNEY'S VERIFICATION

State of Connecticut )
         ) ss.:  Town of Southport
County of Fairfield )

1. My name is Charles E. Murphy.

2. I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am an attorney in the firm of Tisdale & Lennon, LLC, attorneys for the Plaintiff.

4. I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5. The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6. The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7. I am authorized to make this Verification on behalf of the Plaintiff.

Dated:  Southport, Connecticut
     February 12, 2007

                _/s/ Charles E. Murphy_
                Charles E. Murphy

# Exhibit 1

REPORT        : LATE PAYMENT INTEREST REPORT
CUSTOMER      : FAIR WIND SHIPPING CO LTD
DATE OF REPORT  31/01/07

INTEREST RATE  1.50%

| DUE DATE | OUR REF | VSL | INV AMT | DELAY UPTO REPORT DATE | INTEREST |
|---|---|---|---|---|---|
| 08/12/06 | 18565 | LAN HUA XIANG | 78,805.00 | 54 | 2,127.74 |
| 10/12/06 | 18564 | SYLVETTE | 150,450.00 | 52 | 3,911.70 |
| 13/12/06 | 18585 | ASIA STAR | 114,018.56 | 49 | 2,793.45 |
| 15/12/06 | 18589 | MARINA | 97,800.00 | 47 | 2,298.30 |
| 18/12/06 | 18633 | HAO GUO | 48,956.00 | 44 | 1,077.03 |
| 21/12/06 | 18646 | CAPE COOK | 155,405.15 | 41 | 3,185.81 |
| 23/12/06 | 18651 | ASIA STAR | 36,780.00 | 39 | 717.21 |
| 25/12/06 | 18638 | XIANG HENG | 82,870.29 | 37 | 1,533.10 |
| 31/12/06 | 18699 | MAGNA | 94,439.27 | 31 | 1,463.81 |
| 01/01/07 | 18704 | MARINA | 30,700.00 | 30 | 460.50 |
| 01/01/07 | 18720 | YM MAWEI | 128,650.00 | 30 | 1,929.75 |
| 02/01/07 | 18733 | SYLVETTE | 158,231.19 | 29 | 2,294.35 |
| 04/01/07 | 18713 | MARINA | 97,249.54 | 27 | 1,312.87 |
| 04/01/07 | 18740 | HAO GUO | 65,110.00 | 27 | 878.99 |
| 05/01/07 | 18739 | ASIA STAR | 95,707.66 | 26 | 1,244.20 |
| 07/01/07 | 18738 | MAGNA | 36,780.00 | 24 | 441.36 |
| 18/01/07 | 18790 | XIANG HENG | 39,720.00 | 13 | 258.18 |
| TOTAL | | | 1,511,672.66 | | 27,928.34 |

# Exhibit 2

**FRATELLI COSULICH BUNKERS (HK) LTD**

REPORT   : LATE PAYMENT INTEREST REPORT (PAID INVOICE)          INTEREST RATE:   1.50%
CUSTOMER : FAIR WIND SHIPPING CO LTD
PERIOD   : 1/1/05 - 31/12/06

| YEAR | DUE DATE | DATE RECD | OUR REF | VSL | INV AMT | DELAY | INTEREST |
|---|---|---|---|---|---|---|---|
| 2005 | 23/02/05 | 14/03/05 | 13801 | XIANG TU | 49,800.00 | 19 | 473.10 |
| 2005 | 03/03/05 | 21/03/05 | 13866 | XIANG HENG | 47,710.00 | 18 | 429.39 |
| 2005 | 04/03/05 | 24/03/05 | 13912 | HAO GUO | 63,020.00 | 20 | 630.20 |
| 2005 | 11/03/05 | 01/04/05 | 13965 | LAN HUA XIANG | 53,880.00 | 21 | 565.74 |
| 2005 | 16/03/05 | 11/04/05 | 13996 | XIANG TU | 40,240.00 | 26 | 523.12 |
| 2005 | 05/04/05 | 20/04/05 | 14126 | LAN HUA XIANG | 58,210.00 | 15 | 436.58 |
| 2005 | 07/04/05 | 26/04/05 | 14127 | XIANG HENG | 51,940.00 | 19 | 493.43 |
| 2005 | 08/04/05 | 03/05/05 | 14160 | HAO GUO | 64,030.00 | 25 | 800.38 |
| 2005 | 15/04/05 | 10/05/05 | 14208 | XIANG TU | 52,305.00 | 25 | 653.81 |
| 2005 | 27/04/05 | 24/05/05 | 14298 | LAN HUA XIANG | 59,030.00 | 27 | 796.91 |
| 2005 | 04/05/05 | 24/05/05 | 14371 | XIANG HENG | 67,828.00 | 20 | 678.28 |
| 2005 | 05/05/05 | 26/05/05 | 14370 | XIANG TU | 53,880.00 | 21 | 565.74 |
| 2005 | 06/05/05 | 31/05/05 | 14386 | HAO GUO | 79,759.22 | 25 | 996.99 |
| 2005 | 18/05/05 | 07/06/05 | 14484 | LAN HUA XIANG | 65,150.00 | 20 | 651.50 |
| 2005 | 25/05/05 | 08/06/05 | 14552 | XIANG HENG | 54,970.00 | 14 | 384.79 |
| 2005 | 01/06/05 | 22/06/05 | 14614 | XIANG TU | 64,340.00 | 21 | 675.57 |
| 2005 | 02/06/05 | 27/06/05 | 14638 | HAO GUO | 77,010.00 | 25 | 962.63 |
| 2005 | 08/06/05 | 30/06/05 | 14676 | LAN HUA XIANG | 63,550.00 | 22 | 699.05 |
| 2005 | 16/06/05 | 12/07/05 | 14736 | XIANG HENG | 450.00 | 26 | 5.85 |
| 2005 | 19/06/05 | 12/07/05 | 14758 | XIANG HENG | 40,740.00 | 23 | 468.51 |
| 2005 | 22/06/05 | 18/07/05 | 14778 | XIANG TU | 43,740.00 | 26 | 568.62 |
| 2005 | 22/06/05 | 19/07/05 | 14799 | HAO GUO | 55,625.00 | 27 | 750.94 |
| 2005 | 28/06/05 | 21/07/05 | 14838 | XIANG HENG | 14,700.00 | 23 | 169.05 |
| 2005 | 29/06/05 | 26/07/05 | 14825 | LAN HUA XIANG | 60,310.00 | 27 | 814.19 |
| 2005 | 10/07/05 | 29/07/05 | 14896 | XIANG HENG | 29,065.00 | 19 | 276.12 |
| 2005 | 17/07/05 | 02/08/05 | 14980 | HAO GUO | 39,285.00 | 16 | 314.28 |
| 2005 | 18/07/05 | 04/08/05 | 14951 | XIANG TU | 53,525.00 | 17 | 454.96 |
| 2005 | 19/07/05 | 09/08/05 | 14981 | XIANG HENG | 37,830.00 | 21 | 397.22 |
| 2005 | 24/07/05 | 25/08/05 | 14982 | LAN HUA XIANG | 65,448.00 | 32 | 1,047.17 |
| 2005 | 25/07/05 | 12/08/05 | 15131 | HAO GUO | 26,450.00 | 18 | 238.05 |
| 2005 | 03/08/05 | 01/09/05 | 15136 | HAO GUO | 29,900.00 | 29 | 433.55 |
| 2005 | 08/08/05 | 06/09/05 | 15101 | XIANG TU | 55,165.00 | 29 | 800.18 |
| 2005 | 18/08/05 | 07/09/05 | 15216 | LAN HUA XIANG | 52,945.00 | 20 | 529.45 |
| 2005 | 25/08/05 | 14/09/05 | 15249 | HAO GUO | 79,050.00 | 20 | 790.50 |
| 2005 | 29/08/05 | 21/09/05 | 15288 | XIANG TU | 29,600.00 | 23 | 340.40 |
| 2005 | 04/09/05 | 30/09/05 | 15159 | XIANG HENG | 81,490.00 | 26 | 1,059.37 |
| 2005 | 11/09/05 | 04/10/05 | 15324 | XIANG TU | 51,525.00 | 23 | 592.54 |
| 2005 | 11/09/05 | 10/10/05 | 15362 | LAN HUA XIANG | 91,900.00 | 29 | 1,332.55 |
| 2005 | 18/09/05 | 12/10/05 | 15406 | HAO GUO | 86,805.00 | 24 | 1,041.66 |
| 2005 | 25/09/05 | 20/10/05 | 15466 | XIANG HENG | 64,950.00 | 25 | 811.88 |
| 2005 | 02/10/05 | 25/10/05 | 15515 | XIANG TU | 62,355.00 | 23 | 717.08 |
| 2005 | 10/10/05 | 31/10/05 | 15606 | LAN HUA XIANG | 71,730.00 | 21 | 753.17 |
| 2005 | 11/10/05 | 01/11/05 | 15607 | HAO GUO | 37,100.00 | 21 | 389.55 |
| 2005 | 16/10/05 | 10/11/05 | 15675 | XIANG HENG | 42,960.00 | 25 | 537.00 |
| 2005 | 23/10/05 | 14/11/05 | 15710 | XIANG TU | 40,480.00 | 22 | 445.28 |
| 2005 | 24/10/05 | 16/11/05 | 15682 | XIANG HENG | 26,760.00 | 23 | 307.74 |
| 2005 | 31/10/05 | 23/11/05 | 15777 | HAO GUO | 81,050.00 | 23 | 932.08 |
| 2005 | 31/10/05 | 28/11/05 | 15797 | LAN HUA XIANG | 42,289.09 | 28 | 592.05 |
| 2005 | 06/11/05 | 30/11/05 | 15779 | XIANG HENG | 40,590.00 | 24 | 487.08 |
| 2005 | 07/11/05 | 01/12/05 | 15798 | LAN HUA XIANG | 49,815.00 | 24 | 597.78 |
| 2005 | 13/11/05 | 06/12/05 | 15934 | JIN MAN HE | 69,225.00 | 23 | 796.09 |
| 2005 | 20/11/05 | 13/12/05 | 15982 | HAO GUO | 44,400.00 | 23 | 510.60 |
| 2005 | 27/11/05 | 20/12/05 | 15961 | LAN HUA XIANG | 44,400.00 | 23 | 510.60 |
| 2005 | 28/11/05 | 22/12/05 | 16026 | HAO GUO | 27,435.00 | 24 | 329.22 |
| 2005 | 29/11/05 | 28/12/05 | 16025 | XIANG HENG | 75,015.00 | 29 | 1,087.72 |
| 2005 | 30/11/05 | 30/12/05 | 16051 | JIN MAN HE | 55,626.00 | 30 | 834.39 |
| 2005 | 05/12/05 | 03/01/06 | 16027 | LAN HUA XIANG | 30,450.00 | 29 | 441.53 |
| 2005 | 14/12/05 | 12/01/06 | 16160 | LAN HUA XIANG | 63,050.00 | 29 | 914.23 |
| 2005 | 15/12/05 | 16/01/06 | 16161 | HAO GUO | 66,400.00 | 32 | 1,062.40 |
| 2005 | 21/12/05 | 18/01/06 | 16207 | JIN MAN HE | 70,900.00 | 28 | 992.60 |
| 2005 | 22/12/05 | 23/01/06 | 16208 | XIANG HENG | 62,485.00 | 32 | 999.76 |
| 2005 Total | | | | | | | 36,892.14 |
| 2006 | 06/01/06 | 26/01/06 | 16326 | HAO GUO | 66,070.00 | 20 | 660.70 |
| 2006 | 13/01/06 | 10/02/06 | 16393 | XIANG HENG | 35,200.00 | 28 | 492.80 |
| 2006 | 14/01/06 | 13/02/06 | 16384 | JIN MAN HE | 81,465.00 | 30 | 1,221.98 |

**FRATELLI COSULICH BUNKERS (HK) LTD**
REPORT OF INTEREST ON UNPAID INVOICE  INTEREST RATE 1.50%
CUSTOMER : FAIR WIND SHIPPING CO LTD
PERIOD 1/1/05 – 31/12/06

| YEAR | DUE DATE | DATE RECD | OUR REF | VSL | INV AMT | DELAY | INTEREST |
|---|---|---|---|---|---|---|---|
| 2006 | 17/01/06 | 16/02/06 | 16421 | LAN HUA XIANG | 93,330.00 | 30 | 1,399.95 |
| 2006 | 25/01/06 | 20/02/06 | 16463 | XIANG HENG | 29,800.00 | 26 | 387.40 |
| 2006 | 29/01/06 | 23/02/06 | 16517 | HAO GUO | 80,070.00 | 25 | 1,000.88 |
| 2006 | 31/01/06 | 28/02/06 | 16516 | JIN MAN HE | 58,290.00 | 28 | 816.06 |
| 2006 | 06/02/06 | 07/03/06 | 16577 | XIANG HENG | 50,625.00 | 29 | 734.06 |
| 2006 | 08/02/06 | 09/03/06 | 16602 | LAN HUA XIANG | 81,160.00 | 29 | 1,177.11 |
| 2006 | 14/02/06 | 13/03/06 | 16625 | XIANG HENG | 30,200.00 | 27 | 407.70 |
| 2006 | 19/02/06 | 15/03/06 | 16667 | JIN MAN HE | 72,899.40 | 24 | 874.79 |
| 2006 | 23/02/06 | 20/03/06 | 16724 | HAO GUO | 74,805.00 | 25 | 935.06 |
| 2006 | 27/02/06 | 22/03/06 | 16729 | XIANG HENG | 38,950.00 | 23 | 447.93 |
| 2006 | 04/03/06 | 27/03/06 | 16766 | LAN HUA XIANG | 58,080.00 | 23 | 667.92 |
| 2006 | 07/03/06 | 30/03/06 | 16768 | JIN MAN HE | 53,405.00 | 23 | 614.16 |
| 2006 | | | | JIN MAN HE | 53,235.00 | 23 | 612.20 |
| 2006 | 26/03/06 | 18/04/06 | 16913 | JIN MAN HE | 47,663.15 | 23 | 548.13 |
| 2006 | 26/03/06 | 18/04/06 | 16915 | HAO GUO | 54,790.00 | 22 | 602.69 |
| 2006 | 27/03/06 | 18/04/06 | 16914 | XIANG HENG | 35,880.00 | 16 | 287.04 |
| 2006 | 03/04/06 | 19/04/06 | 16991 | LAN HUA XIANG | 14,960.00 | 16 | 119.68 |
| 2006 | 11/04/06 | 27/04/06 | 17016 | LAN HUA XIANG | 44,400.00 | 18 | 399.60 |
| 2006 | 14/04/06 | 02/05/06 | 17057 | HAO GUO | 88,222.50 | 18 | 794.00 |
| 2006 | 16/04/06 | 04/05/06 | 17058 | JIN MAN HE | 55,500.00 | 18 | 499.50 |
| 2006 | 20/04/06 | 08/05/06 | 17084 | LAN HUA XIANG | 41,810.00 | 17 | 355.39 |
| 2006 | 23/04/06 | 10/05/06 | 17130 | HAO GUO | 98,780.00 | 22 | 1,086.58 |
| 2006 | 24/04/06 | 16/05/06 | 17085 | XIANG HENG | 38,845.00 | 17 | 330.18 |
| 2006 | 01/05/06 | 18/05/06 | 17179 | LAN HUA XIANG | 45,240.00 | 12 | 271.44 |
| 2006 | 07/05/06 | 19/05/06 | 17256 | HAO GUO | 68,402.00 | 14 | 478.81 |
| 2006 | 08/05/06 | 22/05/06 | 17247 | JIN MAN HE | 41,470.00 | 13 | 269.56 |
| 2006 | 10/05/06 | 23/05/06 | 17257 | LAN HUA XIANG | 38,700.00 | 14 | 270.90 |
| 2006 | 15/05/06 | 29/05/06 | 17310 | XIANG HENG | 32,750.00 | 13 | 212.88 |
| 2006 | 23/05/06 | 05/06/06 | 17343 | XIANG HENG | 91,009.00 | 11 | 500.55 |
| 2006 | 28/05/06 | 08/06/06 | 17385 | JIN MAN HE | 99,105.00 | 11 | 545.08 |
| 2006 | 01/06/06 | 12/06/06 | 17416 | LAN HUA XIANG | 94,630.00 | 10 | 473.15 |
| 2006 | 04/06/06 | 14/06/06 | 17450 | HAO GUO | 46,345.00 | 15 | 347.59 |
| 2006 | 05/06/06 | 20/06/06 | 17451 | XIANG HENG | 86,786.00 | 14 | 607.50 |
| 2006 | 19/06/06 | 03/07/06 | 17550 | JIN MAN HE | 48,750.00 | 21 | 511.88 |
| 2006 | 26/06/06 | 17/07/06 | 17610 | LAN HUA XIANG | 82,100.00 | 21 | 862.05 |
| 2006 | 27/06/06 | 18/07/06 | 17609 | XIANG HENG | 46,800.00 | 16 | 374.40 |
| 2006 | 02/07/06 | 18/07/06 | 17637 | HAO GUO | 33,700.00 | 16 | 269.60 |
| 2006 | 03/07/06 | 19/07/06 | 17650 | LAN HUA XIANG | 40,980.00 | 15 | 307.35 |
| 2006 | 09/07/06 | 24/07/06 | 17697 | HAO GUO | 87,606.00 | 15 | 657.05 |
| 2006 | 11/07/06 | 26/07/06 | 17698 | JIN MAN HE | 52,920.00 | 14 | 370.44 |
| 2006 | 17/07/06 | 31/07/06 | 17742 | LAN HUA XIANG | 49,140.00 | 14 | 343.98 |
| 2006 | 19/07/06 | 02/08/06 | 17741 | XIANG HENG | 34,450.00 | 14 | 241.15 |
| 2006 | 31/07/06 | 14/08/06 | 17810 | XIANG HENG | 56,400.00 | 15 | 423.00 |
| 2006 | 31/07/06 | 15/08/06 | 17808 | HAO GUO | 82,970.00 | 16 | 663.76 |
| 2006 | 07/08/06 | 23/08/06 | 17820 | LAN HUA XIANG | 53,900.00 | 14 | 377.30 |
| 2006 | 14/08/06 | 28/08/06 | 17863 | XIANG HENG | 90,240.00 | 17 | 767.04 |
| 2006 | 14/08/06 | 31/08/06 | 17862 | JIN MAN HE | 41,580.00 | 21 | 436.59 |
| 2006 | 14/08/06 | 04/09/06 | 17864 | HAO GUO | 31,180.00 | 15 | 233.85 |
| 2006 | 20/08/06 | 04/09/06 | 17925 | HAO GUO | 74,400.00 | 24 | 892.80 |
| 2006 | 27/08/06 | 20/09/06 | 17959 | MARINA | 65,655.00 | 21 | 689.38 |
| 2006 | 30/08/06 | 20/09/06 | 17945 | XIANG HENG | 74,900.00 | 22 | 823.90 |
| 2006 | 30/08/06 | 21/09/06 | 17957 | LAN HUA XIANG | 56,720.00 | 29 | 822.44 |
| 2006 | 31/08/06 | 29/09/06 | 17972 | HAO GUO | 85,825.00 | 25 | 1,072.81 |
| 2006 | 04/09/06 | 29/09/06 | 17992 | JIN MAN HE | 99,990.00 | 36 | 1,799.82 |
| 2006 | 10/09/06 | 16/10/06 | 18005 | MARINA | 65,910.00 | 28 | 922.74 |
| 2006 | 20/09/06 | 18/10/06 | 18070 | XIANG HENG | 215,830.08 | 41 | 4,424.52 |
| 2006 | 20/09/06 | 31/10/06 | 18062 | SYLVETTE | 56,190.00 | 31 | 870.95 |
| 2006 | 22/09/06 | 23/10/06 | 18083 | JIN MAN HE | 79,845.00 | 45 | 1,796.51 |
| 2006 | 22/09/06 | 06/11/06 | 18082 | LAN HUA XIANG | 89,922.25 | 40 | 1,798.45 |
| 2006 | 27/09/06 | 06/11/06 | 18084 | MARINA | 26,352.29 | 36 | 474.34 |
| 2006 | 01/10/06 | 06/11/06 | 18127 | ASIA STAR | 7,760.00 | 41 | 159.08 |
| 2006 | 04/10/06 | 14/11/06 | 18147 | HAO GUO | 142,824.28 | 40 | 2,856.49 |
| 2006 | 05/10/06 | 14/11/06 | 18143 | ASIA STAR | 84,660.00 | 39 | 1,650.87 |
| 2006 | 08/10/06 | 16/11/06 | 18170 | MARINA | 65,040.00 | 35 | 1,138.20 |
| 2006 | 12/10/06 | 16/11/06 | 18183 | XIANG HENG | 88,230.00 | 40 | 1,764.60 |
| 2006 | 12/10/06 | 21/11/06 | 18185 | HAO GUO | | | |

PAGE 2 OF 3

**FRATELLI COSULICH BUNKERS (HK) LTD**

REPORT   : LATE PAYMENT INTEREST – FOR PAID INVOICE   INTEREST RATE   1.50%
CUSTOMER : FAIR WIND SHIPPING CO LTD
PERIOD   1/1/05 - 31/12/06

| YEAR | DUE DATE | DATE RECD | OUR REF | VSL | INV AMT | DELAY | INTEREST |
|---|---|---|---|---|---|---|---|
| 2006 | 13/10/06 | 05/12/06 | 18184 | LAN HUA XIANG | 88,771.00 | 53 | 2,352.43 |
| 2006 | 18/10/06 | 28/11/06 | 18219 | SYLVETTE | 232,724.50 | 41 | 4,770.85 |
| 2006 | 26/10/06 | 08/12/06 | 18268 | MARINA | 76,050.00 | 43 | 1,635.08 |
| 2006 | 26/10/06 | 28/12/06 | 18257 | ASIA STAR | 124,763.76 | 63 | 3,930.06 |
| 2006 | 02/11/06 | 21/12/06 | 18299 | XIANG HENG | 61,230.00 | 49 | 1,500.14 |
| 2006 | 02/11/06 | 29/12/06 | 18300 | HAO GUO | 77,660.00 | 57 | 2,213.31 |
| 2006 | 09/11/06 | 04/01/07 | 18358 | LAN HUA XIANG | 103,210.00 | 56 | 2,889.88 |
| 2006 | 10/11/06 | 04/01/07 | 18357 | MARINA | 93,350.00 | 55 | 2,567.13 |
| 2006 | 14/11/06 | 08/01/07 | 18413 | ASIA STAR | 137,354.66 | 55 | 3,777.25 |
| 2006 | 14/11/06 | 15/01/07 | 18414 | SYLVETTE | 201,750.00 | 62 | 6,254.25 |
| 2006 | 24/11/06 | 22/01/07 | 18457 | XIANG HENG | 39,810.00 | 59 | 1,174.40 |
| 2006 | 24/11/06 | 22/01/07 | 18466 | MARINA | 73,200.00 | 59 | 2,159.40 |
| 2006 | 25/11/06 | 22/01/07 | 18491 | MAGNA | 34,700.00 | 58 | 1,006.30 |
| 2006 | 01/12/06 | 22/01/07 | 18495 | HAO GUO | 61,490.00 | 52 | 1,598.74 |
| 2006 | 01/12/06 | 29/01/07 | 18496 | MAGNA | 173,090.00 | 59 | 5,106.16 |
| 2006 Total | | | | | | | 95,183.61 |
| Grand Total | | | | | | | 134,075.74 |