UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRATELLI COSULICH BUNKERS (HK) LTD.,

             Plaintiff,

- against -

FAIR WIND SHIPPING CO. LTD.,

             Defendant.
------------------------------------------------------------X

JUDGE MARRERO
07 CV 995
07 CV _____
ECF CASE

RECEIVED
FEB 13 2007
J.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

             NONE.

Dated: New York, New York
       February ___, 2007

                          The Plaintiff,
                          FRATELLI COSULICH BUNKERS (HK) LTD.,

                          By: _____
                          Charles E. Murphy (CM 2125)
                          TISDALE & LENNON, LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          cmurphy@tisdale-lennon.com