UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRATELLI COSULICH BUNKERS (HK) LTD.,          :
                                              :    07 CV 995 (VM)
                        Plaintiff,            :    ECF CASE
                                              :
      - against -                             :
                                              :
FAIR WIND SHIPPING CO. LTD.,                  :
                                              :
                        Defendant.            :
------------------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Charles E. Murphy (CM 2125)

☒ Attorney

　　☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: CM2125
　　☐ I am a Pro Hac Vice attorney
　　☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

　　From: **Tisdale & Lennon, LLC**

　　To: **Lennon, Murphy & Lennon, LLC**

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

**New Address:** The GrayBar Building, 720 Lexington Avenue, Suite 300, New York, NY 10170
**New Telephone Number:** (212) 490-6050
**New Fax Number:** (212) 490-6070
**New E-Mail Address:** cem@lenmur.com

Dated: New York, New York
June 19, 2007

                              The Plaintiff,

By: *[signature]*
Charles E. Murphy (CM 2125)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070

## AFFIRMATION OF SERVICE

I hereby certify that on June 19, 2007, a copy of the foregoing was filed. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: *[signature]*
Charles E. Murphy