# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

July 19, 2007

*Via Facsimile: (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07
```

    Re:    **Fratelli Cosulich Bunkers (HK), Ltd. v. Fair Wind Shipping Co., Ltd.**
            **Docket #: 07 Civ. 0995 (VM)**
            **LML ref no.: 1089**

Honorable Sir:

    We represent the plaintiff, Fratelli Cosulich Bunkers (HK), Ltd., in the above-captioned admiralty case and write pursuant to your Honor's Order dated 17 July 2007 requiring a status report. Defendant Fair Wind Shipping Co., Ltd. has not appeared in this action.

    This court has *quasi in rem* jurisdiction over defendant by virtue of this Court's Supplemental Admiralty Rule B Attachment Order that effected the restraint of defendant's property in the District in the amount of $336,266.00. Plaintiff has duly notified defendant of the attachment.

    Plaintiff respectfully requests that the Court stay this case pending the resolution of the underlying contract claims in Hong Kong. In the event that the stayed case cannot be voluntarily dismissed as a result of a settlement, Plaintiff will seek to have this case reinstated to the Court's active docket for the purposes of enforcement against defendant's attached property.

    We thank the Court for its indulgence.

Respectfully submitted,

*Charles E. Murphy* (signature)
Charles E. Murphy

---

**Handwritten order:**

Request GRANTED. Further proceedings in this action are stayed pending resolution of related claims in another forum. Plaintiff is directed to advise the Court of the status of the related action within 90 days of this Order and every 60 days thereafter. The Clerk of Court is directed to place this case on the Court's Suspense Docket.

**SO ORDERED:**

7-19-20 [07]
DATE      VICTOR MARRERO, U.S.D.J.