# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – pfl@lenmur.com | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – kjl@lenmur.com | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – nrp@lenmur.com | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

October 12, 2007

<u>Via Facsimile: (212) 805-6382</u>
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-07
```

Re:   Fratelli Cosulich Bunkers (HK), Ltd. v. Fair Wind Shipping Co., Ltd.
      Docket #: 07 Civ. 0995 (VM)
      LML ref no.: 1089

Honorable Sir:

We represent the plaintiff, Fratelli Cosulich Bunkers (HK), Ltd., in the above-captioned admiralty case, which is presently on the suspense docket, and write to provide the Court with a status report. Defendant Fair Wind Shipping Co., Ltd. has not appeared in this action.

As a result of this action, and the restraint of Defendant's funds in New York, Defendant, who had previously been silent, has engaged Plaintiff in constructive settlement negotiations. A settlement, if reached, would resolve not only this case but also the underlying controversy. Currently, Plaintiff and Defendant are negotiating a settlement which would be funded by all or part of the assets currently under attachment. Assuming that a final agreement can be reached, and we are guardedly optimistic that it will, we shall file a stipulation that provides for the release of the funds and for the dismissal of this case.

Respectfully submitted,

Charles E. Murphy

CEM/bhs

*Plaintiff is directed to inform the Court by 12-7-07 of the status of this action and when final agreement settling the case is now contemplated.*

SO ORDERED:

12-3-07
DATE        VICTOR MARRERO, U.S.D.J.